Elizabeth G. Lunde, Esq.
Washington Bar No: 51565
elunde@goldbergloren.com
Goldberg & Loren, P.A.
1001 Fourth Ave., Suite 3200
Seattle, WA 98154
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISON

| | |
|---|---|
| DONNA NEWTON, | Case No.: |
| Plaintiff, | |
| v. | COMPLAINT |
| | I.   NEGLIGENCE – PREMISES LIABILITY |
| | Personal Injury Action (28 U.S.C. §1332) |
| WAL-MART STORES, INC., a Delaware Corporation, | [DEMAND FOR JURY TRIAL] |
| Defendant. | |

Plaintiff, Donna Newton, alleges the following claims for relief against Defendant, Wal-Mart Stores, Inc.:

I.   PARTIES

1.   At all times relevant to the factual allegations herein, Plaintiff, Donna Newton ("Plaintiff"), was an individual residing in Clark County in the city of Amboy, Washington.

2.   At all times relevant to the factual allegations herein, Defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), was a foreign Delaware Corporation whose principal place of business is at 702 SW 8th Street, Bentonville, AR 72716.

3.   At all times relevant to the factual allegations herein, Defendant Wal-Mart was in possession of, owned, operated, repaired, maintained, and controlled a Wal-Mart

Law Offices of Goldberg & Loren, P.A.
1776 N. Pine Island Rd., Ste. 224, Plantation, FL 33322
Ph.: (800)719-1617 ext. 2107 • Fax: (954)585-4886
Firm Email: Pleadings@goldbergloren.com

Supercenter retail store number 5929 located at 1201 SW 13th Ave, Battle Ground, WA 98604 in Clark County, Washington.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 USC §§1332.

5. The amount in controversy exceeds, exclusive of interest and costs, the sum of $75,000, and the action is between parties with complete diversity of citizenship.

6. Plaintiff's claims arose in Clark County, WA, making venue appropriate in the United States District Court in the Western District of Washington, Tacoma Division under 28 USC §§1391.

## III. FIRST CAUSE OF ACTION

(Common Law Negligence – Premises Liability)

7. Plaintiff realleges and incorporates by reference paragraphs 1 to 6.

8. Defendant Wal-Mart owes a legal duty to exercise reasonable care and make its premises safe for customers, who are business invitees.

9. Defendant Wal-Mart owes a legal duty to take reasonable precautions to protect its customers from foreseeable dangers.

10. Defendant Wal-Mart owes a legal duty to use reasonable diligence in preventing merchandise from falling on and injuring customers.

11. Defendant Wal-Mart owes a legal duty to train employees on proper safety measures and how to identify and eliminate dangerous conditions.

12. Defendant Wal-Mart owes a legal duty to discover unsafe conditions that pose an unreasonable risk of harm to customers.

13. Defendant Wal-Mart owes a legal duty to warn customers of dangerous, defective and unsafe conditions.

14. One of Defendant Wal-Mart's business practices is to place large and/or bulky merchandise on the highest area of shelves for storage.

Law Offices of Goldberg & Loren, P.A.
1776 N. Pine Island Rd., Ste. 224, Plantation, FL 33322
Ph.: (800)719-1617 ext. 2107 • Fax: (954)585-4886
Firm Email: Pleadings@goldbergloren.com

15. Defendant Wal-Mart's business practice of placing large and/or bulky merchandise on the highest area of shelves for storage created an unreasonable risk of harm for customers.

16. Defendant Wal-Mart's business practice of storing merchandise on top of shelves without taking necessary steps to prevent merchandise from falling created a defective, dangerous, and unsafe condition.

17. Defendant Wal-Mart owes a duty to take necessary steps to prevent merchandise from falling off of shelves onto customers.

18. Defendant Wal-Mart knew or should have known that placing merchandise high on shelves could cause merchandise to fall and injure customers.

19. On or about August 12, 2018, Plaintiff was a lawful entrant, customer and business invitee of Defendant Wal-Mart's retail store number 5929 located at 1201 SW 13th Ave, Battle Ground, WA 98604 in Clark County, Washington.

20. While Plaintiff was shopping in Defendant's retail store, merchandise that had been negligently placed and stored on top of shelves fell and landed on Plaintiff without warning, causing severe and permanent injuries to her head and body.

21. Defendant Wal-Mart breached its duties to Plaintiff when it created a defective, dangerous, and unsafe condition.

22. Defendant Wal-Mart breached its duties to Plaintiff by failing to maintain its premises in a manner that would create a safe shopping environment.

23. Defendant Wal-Mart breached its duties to Plaintiff when it failed to prevent merchandise from falling on and harming Plaintiff.

24. Defendant Wal-Mart breached its duties to Plaintiff when it failed to properly train employees to prevent merchandise from falling and harming customers.

25. Defendant Wal-Mart's breach of its duties created a defective, dangerous and unsafe condition that was a proximate cause of Plaintiff's injuries and resulting damages.

Law Offices of Goldberg & Loren, P.A.
1776 N. Pine Island Rd., Ste. 224, Plantation, FL 33322
Ph.: (800)719-1617 ext. 2107 • Fax: (954)585-4886
Firm Email: Pleadings@goldbergloren.com

26. Defendant Wal-Mart's breach was the proximate cause of Plaintiff's physical injuries, pain and suffering, emotional injuries and other damages, thereby entitling her to damages in amounts to be proven at trial and determined by a jury.

WHEREFORE, Plaintiff, Donna Newton, prays for an award judgment in her favor and against Defendant, Wal-Mart Stores, Inc. as follows:

1. For non-economic damages in an amount to be proven at the time of trial.
2. For economic damages in an amount to be proven at the time of trial.
3. For costs and disbursements incurred herein; and
4. For such other relief as this Court deems just and proper.

Dated: March 17, 2021.

Respectfully submitted,

By: _____

Elizabeth G. Lunde, Esq.
Goldberg & Loren, P.A.
1001 Fourth Ave., Suite 3200
Seattle, WA 98154
Attorneys for Plaintiff
elunde@goldbergloren.com

Page 4 – COMPLAINT

Law Offices of Goldberg & Loren, P.A.
1776 N. Pine Island Rd., Ste. 224, Plantation, FL 33322
Ph.: (800)719-1617 ext. 2107 • Fax: (954)585-4886
Firm Email: Pleadings@goldbergloren.com